# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VIRGINIA COLE, individually and on behalf of all others entities similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MG LLC d/b/a TRANZACT and JOHN DOE CORPORATION,<br><br>    Defendants. | No. 3:23-cv-1083-EJR-BDH |

## MOTION FOR ENTRY
## OF STIPULATED PROTECTIVE ORDER

  Defendant moves this Court to approve and enter the [Proposed] Stipulated Protective Order, filed herewith as Exhibit A, which describes the agreed-upon order and is signed by all parties.

Dated: December 13, 2023           Respectfully submitted,

                    By: /s/ *Lauri A. Mazzuchetti*
                      Lauri A. Mazzuchetti (*pro hac vice*)
                      KELLEY DRYE & WARREN LLP
                      One Jefferson Road, 2nd Floor
                      Parsippany, NJ 07054
                      Tel: (973) 503-5900
                      Fax: (973) 503-5950
                      lmazzuchetti@kelleydrye.com

                      *Counsel for Defendant MG LLC d/b/a Tranzact*

## DEFENDANT TRANZACT'S CERTIFICATE OF SERVICE FOR ITS MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Purusant Local Rule 5.01, I hereby certify that on December 13, 2023, a copy of the foregoing motion and accompanying exhibit were filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt which are listed below:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Scott Alan Lanzon
THE LANZON FIRM
550 W Main Street Suite 550
Knoxville, TN 37902
Tel: 865-212-0955
scott.lanzon@gmail.Com

Edward A. Broderick
BRODERICK LAW, PC
176 Federal Street 5th Floor
Boston, MA 02110
(617) 738-7080
ted@broderick-law.Com

*Counsel for Plaintiff*

Dated: December 13, 2023
      Parsippany, New Jersey

   /s/ *Lauri A. Mazzuchetti*
   Lauri A. Mazzuchetti